IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lydia Bultemeyer,<br><br>  Plaintiff,<br><br>vs.<br><br>CenturyLink, Inc.,<br><br>  Defendant. | No. CV-14-02530-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Reconsider Dismissal for Lack of Standing. (Doc. 87.) Finding good cause appearing,

**IT IS ORDERED**:

1. That Defendant may respond to Plaintiff's motion for reconsideration (Doc. 87) pursuant to LRCiv. 7.2(g) no later than **March 10, 2017**; and

2. That Plaintiff shall have until **March 17, 2017** to file a Reply in support of its motion for reconsideration (Doc. 87).

Dated this 24th day of February, 2017.

Honorable Steven P. Logan
United States District Judge